UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

ESTATE OF DEANNA DAVIS, by and
through Whitney Bolton, Personal
representative, WHITNEY BOLTON, an
individual, and JANE HARRELL, an
individual,

Plaintiffs,

v.

KING COUNTY; LISA TOWNSEND-
VICKERS, an individual; IRINA KING, an
individual; KRYSTAL POPE, an individual;
GABRIELA DIEBATE, an individual;
CAROLYN CLARK, an individual; DAVID
VDOVIN, an individual; RYAN SCOTT, an
individual; NICOLE McBRIDE, an individual;
THI TRAN, an individual; ALAIN SANTOS,
an individual; F/N/U SABLAN, an individual;
ROBERT HERBERLING, an individual;
TODD STUBBS, an individual; DAVID
HARDT, an individual; HANNAH NAM, an
individual; TIM MEAD, an individual;
CAMERON BLOOD, an individual; PAUL
HENG, an individual; BRANDON
HOLLINGER, an individual; ROY SPRAGUE,
an individual; GREGORY MAI, an individual;
FINTAN RICHMOND, an individual; TRAVIA
NUA, an individual; ERIC PUTNAM, an
individual; CHRISTOPHER GINER, an
individual; ELENE DULOGLO, an individual;
THU NGUYEN, an individual; JASON
EDMOND, an individual; ROB BAJRA, an
individual; DENNIS ECHOLS, an individual,

Defendants.

No. 2:26-cv-00642-JHC

ORDER GRANTING STIPULATED
MOTION FOR LEAVE TO FILE FIRST
AMENDED COMPLAINT

ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE
FIRST AMENDED COMPLAINT - 1

No. 2:26-cv-00642-JHC

Before the Court is the parties' Stipulated Motion for Leave to file First Amended Complaint, and the Court being fully advised in the premises, now, therefore, **GRANTS** the stipulated motion.

Plaintiffs shall file their First Amended Complaint within seven (7) days of this Order.

**IT IS SO ORDERED**.

Dated: April 1, 2026.

_____
John H. Chun
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE
FIRST AMENDED COMPLAINT - 2

No. 2:26-cv-00642-JHC